### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**HUTHAIFA KHALED MOHAMMAD ALFAURI,**          **PETITIONER**
**A# 249-141-777**

**v.**                                         **CIVIL NO. 5:26-cv-400-DCB-BWR**

**WARDEN, Adams County Correctional Center**          **RESPONDENT**

### <u>ORDER</u>

This matter is before the Court on pro se Petitioner Huthaifa Khaled Mohammad Alfauri's Petition [1] for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1]   Petitioner is an immigration detainee currently housed at the Adams County Correctional  Center in Natchez, Mississippi.

The proper Respondent is the "person having custody over the person detained." 28 U.S.C. § 2243.  "Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004).  "[T]he proper respondent is the warden of the facility where the [petitioner] is being held, not the Attorney General or some other remote supervisory official." *Id*. at 435.  The proper Respondent is Warden, Adams County Correctional Center.  The Court will direct Respondents to file an answer or other responsive pleading.

---

[1] Petitioner paid the filing fee on April 28, 2026.

**IT IS THEREFORE ORDERED** that Warden, Adams County Correctional is the proper Respondent, and any others listed on the docket as Respondents are hereby removed as Respondents.

**IT IS FURTHER ORDERED** that Respondent shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order.  Respondent shall file with his or her answer or other responsive pleading any agency records or court records relevant to the disposition of this cause.   If Petitioner wants to file a rebuttal, he may do so within fourteen days after Respondents file an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1] filed on April 28, 2026, a copy of the Order [2] entered on April 30, 2026, a copy of Petitioner's Response [3] filed on May 8, 2026, and a copy of this Order upon the Civil Process Clerk of the Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden, Adams County Correctional Center, 20 Hobo Fork Road, Natchez, Mississippi 39120.

**SO ORDERED**, this  21st day of May, 2026.

*s/* *Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

2